UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-60250-CR-BLOOM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RICHELLE HOLNESS,

    Defendant.

_____/

## STIPULATED FACTUAL BASIS

The United States of America and RICHELLE HOLNESS ("Defendant") agree that, had this case proceeded to trial, the United States would have proven the facts described below, among others, beyond a reasonable doubt, and that the described facts are true and correct and meet the elements of the offenses charged in Count 2 of the Information.

On March 13, 2020, the President declared the COVID-19 pandemic to be an emergency under Section 501(b) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act. On March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) was signed into law. The CARES Act created the Pandemic Unemployment Assistance (PUA) program, which provided unemployment benefits to individuals whose employment had been either lost or interrupted as a direct result of COVID-19.

knowingly made materially false, fictitious, and fraudulent statements and representations in order to obtain PUA benefits in that the Defendant falsely stated on the PUA claim applications that she was unemployed as a direct result of COVID-19 and that the Defendant did not work or earn any money during the period that she was receiving benefits. This is some of the evidence the government would present if this matter were to proceed to trial. The above-described acts occurred from on or about May 3, 2020 and continuing through on or about August 31, 2021, in Broward County, Florida and elsewhere.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 11-14-24  By: _____ For
JUSTIN MCCORMACK
ASSISTANT UNITED STATES ATTORNEY

Date: 11-14-24  By: _____
DAVID A. HOWARD
ATTORNEY FOR DEFENDANT

Date: 11/14/2024  By: _____
RICHELE HOLNESS
DEFENDANT